UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. 4:13CR00211DDN | |
| | ) | |
| PAMELA WOOD, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
JUN - 4 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

## MISDEMEANOR INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about April 1, 2011, within the Eastern District of Missouri,

**PAMELA WOOD,**

the defendant herein, did embezzle, steal, purloin, or knowingly convert to her use money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: government funds in the amount of $674.00.

In violation of Title 18, United States Code, Section 641.

Respectfully submitted,

RICHARD CALLAHAN
United States Attorney

_____
TRACY L. BERRY
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

UNITED STATES OF AMERICA            )
EASTERN DIVISION                    )
EASTERN DISTRICT OF MISSOURI        )

I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
TRACY L. BERRY

Subscribed and sworn to before me this __4__ day of June 2013

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK